UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dale Neuschwander,

Plaintiff,

v.

Independent School District No. 740, Melrose, and Nordy Nelson, Superintendent of Schools, Melrose, Minnesota,

Defendants.

Case No. 01-179DWF/RLE

**ORDER**

---

Upon stipulation of counsel for the parties,

IT IS HEREBY ORDERED that the Plaintiff's Complaint in the above-entitled action is hereby dismissed with prejudice, and without costs to any party.

BY THE COURT:

Dated: May 9, 2001

Donovan W. Frank
Judge of District Court

11187\201748\145420

MAY 09 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dale Neuschwander,

Plaintiff,

v.

Independent School District No. 740, Melrose, and Nordy Nelson, Superintendent of Schools, Melrose, Minnesota,

Defendants.

Case No. 01-179DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the Court may enter its order in the form attached hereto dismissing Plaintiff's Complaint with prejudice, and without costs to any party.

Dated: 5-1-01

Harley Ogata (#160726)
EDUCATION MINNESOTA
41 Sherburne Avenue
St. Paul, MN 55103-2196
(51) 227-9541

ATTORNEYS FOR PLAINTIFF

Dated: 4/04/01

KNUTSON, FLYNN & DEANS

By Stephen M. Knutson
Stephen M. Knutson
1155 Centre Pointe Drive
Suite 10
Mendota Heights, MN 55120
(651) 222-2811

ATTORNEYS FOR DEFENDANTS

11187\201748\145419

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK